# EXHIBIT B

**Support Bot** (Fastly)

Nov 29, 2021, 11:15 AM PST

Hi Hillary white,

We are in receipt of your abuse report, and have passed along your report to the content provider.

Fastly provides caching services and not hosting services, and cannot alter or remove content on its own. In order to permanently remove or alter content, the content provider must remove the content from its servers or the servers of its hosting provider.

We suggest you address your concerns directly with the content provider at the email address(es) provided here: jeremykatty@yahoo.com.

You may also find additional information about our acceptable use policy and violation reporting process here: https://www.fastly.com/acceptable-use.

Kind Regards,

The Fastly Abuse Team (abuse@fastly.com)

---

**Hillary white**

Nov 27, 2021, 6:08 PM PST

11/27/2021Hillary White Rabbit LLC
23 Claires Way
Belfast, ME 04915
wytrab8@yahoo.com
207-322-6300
abuse@fastly.com

Notice of Copyright Infringement
Dear Copyright Agent,
I am an artist/T-shirt designer. It has recently come to my attention that a website you are hosting, https://www.teeshirtpalace.com, is selling clothing/product that infringes on a number of my copyrighted works. Specifically, 2 of my artworks were copied onto your servers without my authorization or permission.

An authorized example of the original artwork(s) can be found at:
Coven Of Trash Witches - U.S. Copyright Reg. No. VA 2-163-988
https://www.deviantart.com/hillarywhiterabbit/art/Coven-of-Trash-Witches-809397979
My Eyes Are Up Here - U.S. Copyright Reg. No. VA 2-145-132
https://www.deviantart.com/hillarywhiterabbit/art/My-Eyes-Are-Up-Here-770076389
The unauthorized and infringing copies can be found at:
Coven Of Trash Witches
https://www.teeshirtpalace.com/products/cot3562546-coven-of-trash-witches-coffee-mughttps://www.teeshirtpalace.com/products/cot3562546-coven-of-trash-witches-tank-top
My Eyes Are Up Here
https://www.teeshirtpalace.com/products/excuse-me-my-eyes-are-up-here-skeleton-tote-baghttps://www.teeshirtpalace.com/products/excuse-me-my-eyes-are-up-here-skeleton-heather-t-shirt
This letter is an official notification under Section 512(c) of the Digital Millennium Copyright Act (”DMCA”). I request the removal of the aforementioned infringing material from your servers and the website I have a good faith belief that the use of my material as described herein is not authorized by me, my agent, or the law, and that the statements in this notification are accurate. The statements herein are made under the penalty of perjury.

Sincerely,
Hillary White
Creator & Owner

This email is a service from Fastly. Delivered by Zendesk.