**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

HILLARY WHITE, an individual,

Plaintiff,

C.A. No. 2:22-cv-10218-JEL - JJCG

v.

Honorable Judith E. Levy

SPORTS AND CUSTOM TEES, INC. d/b/a Tee Shirt Palace, a Michigan Corporation; and DOES 1-10,

Defendants.

---

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS, SPORTS AND CUSTOM TEES, INC., d/b/a TEE SHIRT PALACE**

Pursuant to Rule 8 of the Federal Rules of Civil Procedure, Defendant Sports and Custom Tees, Inc. d/b/a Tee Shirt Palace ("Defendant"), hereby submits its answer to the Complaint of Plaintiff Hillary White ("Plaintiff"), as follows:

## Introduction

Defendant admits that Plaintiff's Complaint is for direct copyright infringement and vicarious and/or contributory copyright infringement. As to the remaining allegations of this paragraph, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of those factual allegations and on that basis denies such allegations.

## Jurisdiction and Venue

1. Defendant admits that Plaintiff's Complaint purports to assert a claim for Copyright Infringement under the Copyright Act of 1976.

2. Defendant admits that this Court has subject matter jurisdiction over the claims asserted in Plaintiff's Complaint.

3. For the purposes of this action only, Defendant does not dispute personal jurisdiction in this district. The remaining allegations of Paragraph 3 are legal conclusions to which no response is required, but to the extent a response is required, they are denied.

4. For the purposes of this action only, Defendant does not dispute venue in this District. The remaining allegations of Paragraph 4 are legal conclusions to which no response is required, but to the extent a response is required, they are denied.

**Parties**

5. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations in Paragraph 5, and on that basis denies such allegations.

6. Defendant admits that it is a corporation organized and existing under the laws of the State of Michigan and is located in Southfield, Michigan. To the extent Paragraph 6 contains additional factual allegations, Defendant denies the same.

7. Denied.

8. Denied.

**Factual Background**

9. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 9 of the Complaint, and on that basis denies such allegations.

10. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 10 of the Complaint, and on that basis denies such allegations.

11. Defendant admits that it has been in the business of manufacturing and distributing clothing and other products since at least 2010. To the extent Paragraph 11 of the Complaint contains additional factual allegations, Defendant denies the same.

12. Defendant admits that it currently operates the website teeshirtpalace.com which receives drawings and content from independent third parties, and then distributes various clothing and other products. To the extent Paragraph 12 of the Complaint contains additional factual allegations, Defendant denies the same.

13. Defendant admits that it currently allows independent third parties to post content onto its website teeshirtpalace.com which is then displayed onto clothing and products for sale to the public. To the extent Paragraph 13 of the Complaint contains additional factual allegations, Defendant denies the same.

14. Defendant denies the allegations of Paragraph 14.

15. Defendant denies the allegations of Paragraph 15.

16. Defendant denies the allegations of Paragraph 16.

17. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 17 of the Complaint, and on that basis denies such allegations.

18. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 18 of the Complaint, and on that basis denies such allegations.

19. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 19 of the Complaint, and on that basis denies such allegations.

20. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 20 of the Complaint, and on that basis denies such allegations.

21. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 21 of the Complaint, and on that basis denies such allegations.

22. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 22 of the Complaint, and on that basis denies such allegations.

23. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 23 of the Complaint, and on that basis denies such allegations.

24. Defendant admits that on December 14, 2021, Plaintiff contacted Defendant relating to certain items Plaintiff contended were infringing. To the extent Paragraph 24 contains additional allegations, Defendant denies the same.

25. Defendant denies the allegations of Paragraph 25.

**Claims Related to Plaintiff's Design "Coven of Trash Witches"**

26. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 26 of the Complaint, and on that basis denies such allegations.

27. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 27 of the Complaint, and on that basis denies such allegations.

28. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 28 of the Complaint, and on that basis denies such allegations.

29. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 29 of the Complaint, and on that basis denies such allegations.

30. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 30 of the Complaint, and on that basis denies such allegations.

31. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 31 of the Complaint, and on that basis denies such allegations.

32. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 32 of the Complaint, and on that basis denies such allegations.

33. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 33 of the Complaint, and on that basis denies such allegations.

**Claims related to Plaintiff's Design "Fluffin' Meowgical"**

34. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 34 of the Complaint, and on that basis denies such allegations.

35. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 35 of the Complaint, and on that basis denies such allegations.

36. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 36 of the Complaint, and on that basis denies such allegations.

37. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 37 of the Complaint, and on that basis denies such allegations.

38. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 38 of the Complaint, and on that basis denies such allegations.

39. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 39 of the Complaint, and on that basis denies such allegations.

40. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 40 of the Complaint, and on that basis denies such allegations.

41. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 41 of the Complaint, and on that basis denies such allegations.

**Claims related to Plaintiff's Design "My eyes are up here"**

42. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 42 of the Complaint, and on that basis denies such allegations.

43. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 43 of the Complaint, and on that basis denies such allegations.

44. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 44 of the Complaint, and on that basis denies such allegations.

45. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 45 of the Complaint, and on that basis denies such allegations.

46. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 46 of the Complaint, and on that basis denies such allegations.

47. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 47 of the Complaint, and on that basis denies such allegations.

48. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 48 of the Complaint, and on that basis denies such allegations.

49. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 49 of the Complaint, and on that basis denies such allegations.

**DMCA Safe Harbor Protection**

50. Defendant repeats and incorporates by reference its responses to Paragraphs 1 to 49 as if fully set forth herein.

51. Defendant admits that it is an online service provider which allows independent third parties the ability to post content on its website. To the extent Paragraph 51 contains additional factual allegations, Defendant denies the same.

52. Denied.

53. Defendant admits that it has the ability to remove clothing and products from its website. To the extent Paragraph 53 contains additional factual allegations, Defendant denies the same.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

**First Claim for Relief**

58. Defendant repeats and incorporates by reference its responses to Paragraphs 1 to 57 as if fully set forth herein.

59. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 59 of the Complaint, and on that basis denies such allegations.

60. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 60 of the Complaint, and on that basis denies such allegations.

61. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 61 of the Complaint, and on that basis denies such allegations.

62. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 62 of the Complaint, and on that basis denies such allegations.

63. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations of Paragraph 63 of the Complaint, and on that basis denies such allegations.

64. Denied.

65. Denied.

66. Denied.

67. Denied.

68. Denied.

69. Denied.

70. Denied.

71. Denied.

72. Denied.

73. Denied.

**Second Claim for Relief.**

74. Defendant repeats and incorporates by reference its responses to Paragraphs 1 to 74 as if fully set forth herein.

75. Denied.

76. Denied.

77. Denied.

78. Denied.

79. Denied.

**Response to Plaintiff's Prayer for Relief**

Defendant denies that Plaintiff is entitled to any of the relief sought in its prayer for relief, and Denies that Plaintiff is entitled to any relief whatsoever.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff fails to state a claim against Defendant on which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, pursuant to 17 U.S.C. 512(c).

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the doctrine of fair use.

**FOURTH AFFIRMATIVE DEFENSE**

Defendant alleges, to the extent Plaintiff has suffered any damages, which Defendant expressly denies, Plaintiff failed to take any steps to mitigate its damages.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

**SIXTH AFFIRMATIVE DEFENSE**

Plaintiff's claims and/or the entitlement to the relief it seeks are barred, in whole or in part, by laches, in that Plaintiff has unreasonably delayed efforts to enforce its rights, if any, despite full awareness of Defendant's actions.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, by estoppel.

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the doctrine of waiver.

**NINTH AFFIRMATIVE DEFENSE**

Defendant's use of Plaintiff's copyrighted material, if any, constituted a lawful exercise of its rights under the copyright laws, or any other applicable laws.

**TENTH AFFIRMATIVE DEFENSE**

If Defendant's conduct constitutes infringement of Plaintiff's copyrights (which Defendant expressly denies), Defendant is an innocent infringer and Plaintiff's damages, if any, were caused in whole or in part, by the conduct of third parties, and Defendant was not aware or have reason to believe its acts constituted infringement.

**ELEVENTH AFFIRMATIVE DEFENSE**

Defendant is informed and believes, and based thereon alleges, that each purported claim is barred, in whole or in part, because Plaintiff licensed, authorized, or otherwise consented to the actions and conduct alleged in the Complaint.

**TWELFTH AFFIRMATIVE DEFENSE**

Defendant is informed and believes, and based thereon alleges, that each purported claim is barred, in whole or in part, because any award of damages would unjustly enrich Plaintiff or would constitute a double recovery.

**THIRTEENTH AFFIRMATIVE DEFENSE**

Defendant is informed and believes, and based thereon alleges, that Defendant's injuries and damages, if any, were caused, in whole or in part, by the conduct of third parties and not the conduct of Defendant.

**FOURTEENTH AFFIRMATIVE DEFENSE**

Defendant is informed and believes, and based thereon alleges, Plaintiff's claims are barred, in whole or in part, as a result of the unclean hands of Plaintiff.

**FIFTEENTH AFFIRMATIVE DEFENSE**

Defendant is informed and believes, and based thereon alleges, Plaintiff's claims are barred, in whole or in part, under the doctrine of copyright misuse.

**SIXTEENTH AFFIRMATIVE DEFENSE**

Defendant reserves the right to assert any other defenses that may become available or appear during discovery proceedings or otherwise in this case.

Dated: May 2, 2022

Respectfully submitted,

DICKINSON WRIGHT PLLC

*/s/Yafeez S. Fatabhoy*

Yafeez S. Fatabhoy (P83064)
Dickinson Wright PLLC
350 South Main Street, Suite 300
Ann Arbor, MI 48104
(734) 623-1908
yfatabhoy@dickinsonwright.com

Mark Jotanovic (P73752)
Dickinson Wright PLLC
2600 W. Big Beaver Rd., Suite 300
Troy, MI 48084
(248)631-2050
mjotanovic@dickinsonwright.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2022, I filed the foregoing Answer and Affirmative Defenses with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

*/s/ Yafeez S. Fatabhoy*
Yafeez S. Fatabhoy

4891-7556-8923 v1 [100364-100]