**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

HILLARY WHITE, an individual,

Plaintiff,

v.

SPORTS AND CUSTOM TEES, INC. d/b/a Tee Shirt Palace, a Michigan Corporation; and DOES 1-10,

Defendants.

No. 2:22-cv-10218

Honorable Judith E. Levy

---

## JUDGMENT PURSUANT TO FED. R. CIV. P. 68

Plaintiff has obtained judgment against Defendant in the above-captioned case pursuant to acceptance of Defendant's Fed.R.Civ.P. 68 Offer of Judgment.

WHEREFORE, the Court enters this Judgment against Defendant under the following terms:

IT IS HEREBY ORDERED that a Judgment and finding of liability is entered for copyright infringement against Defendant, in favor of Plaintiff, for all copyright claims asserted against Defendant in this action;

IT IS FURTHER ORDERED that Plaintiff is awarded damages in the amount of $5,000.00 for all Plaintiff's claims.

Date: July 7, 2022

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

Approved as to Form:

DICKINSON WRIGHT PLLC
Mark A. Jotanovic (P73752)
Yafeez S. Fatabhoy (P83064)
Kory M. Steen (P83170)
2600 W. Big Beaver Road, Suite 300
Troy, Michigan 48084-3312
(248) 631-2050
(844) 670-6009
mjotanovic@dickinsonwright.com
ksteen@dickinsonwright.com
yfatabhoy@dickinsonwright.com
*Attorneys for Defendant*

ARONOWITZ LAW FIRM PLLC
Edmund Aronowitz (P81474)
220 S. Main St., Ste. 305
Royal Oak, Michigan 48067
(248) 716-5421
edmund@aronowitzlawfirm.com

DANCHUK LAW, LLC
Emily Danchuk
2 Victoria Lane
Falmouth, Maine 04105
(207) 464-0099
emily@emilyesquire.com
*Attorneys for Plaintiff*