**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| HILLARY WHITE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SPORTS AND CUSTOM TEES, INC. d/b/a Tee Shirt Palace, a Michigan Corporation and DOES 1-10,<br><br>Defendants. | X<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>X | Case No. 22-cv-10218-JEL-JJCG<br><br>Honorable Judith E. Levy |

**DECLARATION OF EMILY A. DANCHUK, ESQ.**

In support of Plaintiff's motion for attorneys' fees and costs, Emily A. Danchuk, counsel for Plaintiff Hillary White ("Plaintiff"), submits the following declaration:

1. I am the founder of Danchuk Law, LLC and have been practicing law for 20 years. I have approximately 15 years of experience litigating cases on behalf of my clients. My primary area of practice is intellectual property in both transactional and litigation aspects. The majority of my practice involves the protection, prosecution, enforcement and litigation of copyrights and trademarks and related disputes. I started my practice to provide affordable legal services to small businesses.

2. I received my Juris Doctorate from the University of Pittsburgh School of Law in 2001 and my Bachelor of Arts degree in dual areas, Political Science and Spanish, from Miami University of Ohio in 1998.

3. Prior to founding Danchuk Law, LLC, I worked at Feldman Law Group, a boutique intellectual property firm in New York City gaining experience in copyright law, and I

subsequently served as in-house counsel for a film distribution company specializing in independent and foreign films. I gained further experience in intellectual property law while employed as an associate attorney with The Webb Law Firm. I worked in an of-counsel role with the law firms of Doniger Burroughs in California and Ascentage Law in North Carolina, assisting with copyright litigation and trademark prosecution and enforcement.

4. I founded Copyright Collaborative, LLC, an association that assists artists in understanding and protecting their intellectual property rights.

5. I am admitted to practice law in New York, Pennsylvania, and Maine, and the U.S. District Courts for the: Southern, Eastern and Northern Districts of New York; the Western, Eastern and Middle Districts of Pennsylvania; and the District of Maine, in addition to this Court.

6. I represent clients on both a contingency fee basis and at an hourly rate of $265 for non-litigation matters and $315 for litigation matters. When I was engaged of counsel with Doniger Burroughs, my hourly rate was $430.

7. I often provide clients with the option of my representation of their case on a contingency basis. Under these contingency arrangements, I usually receive 37% of the total award or settlement.

8. Ms. White's arrangement with my law firm permits the firm to recover 37% of all awards or settlements in the case, including attorneys' fees.

9. Hillary White, the plaintiff in this case, first engaged my firm's services in 2019. Since then, we have worked together (with Ms. White performing the lion's share) in protecting her artwork. Sometimes in her enforcement efforts, Ms. White is unable to effect removal of infringing items. In those cases, she contacts my firm to handle matters requiring more formal processes. Over the past three years, Ms. White has brought a total of ten lawsuits against infringers.

10. Last November, Ms. White contacted Dmitry Lapin at my firm to assist with a difficult infringement matter involving a website called Tee Shirt Palace located at www.teeshirtpalace.com. Mr. Lapin assisted Ms. White with a letter in this matter as well as commencement of the instant litigation.

11. Edmund Aronowitz, the founder of Aronowitz Law, was engaged to act as local counsel and to provide advice and guidance specific to practice in this Court.

12. After Mr. Lapin left the employ of Danchuk Law on May 15, 2022, I took over the matter.

13. After a review of the case, I spoke with local counsel to acquaint ourselves and prepared and filed a motion to substitute as counsel for Mr. Lapin.

14. Upon reviewing the file, I noted that Mr. Lapin's May 4, 2022 and May 12, 2022 emails had not been addressed by Defendant and that the links to the subject infringing product remained active. I intended to address the ongoing infringement once I had filed my motion to substitute counsel.

15. In mid-May of this year I asked Plaintiff to have a friend purchase several products (a poster and two t-shirts) bearing copies of Plaintiff's "OMG Snek!" and "Street Cats" designs from the TSP Website. I requested these purchases to ensure that Defendant was accurately reporting sales. Plaintiff complied. I currently have the ordered infringing product in my possession.

16. On May 25, 2022, Defendant's counsel, Yafeez Fatabhoy, emailed me letter purporting to contain a Rule 68 Offer of Judgment and a threat to shift Defendant's attorney's fees to Plaintiff should Plaintiff recover less than $5,000 in damages. The "Offer" not served on Plaintiff and was not dated. Defendant's Rule 68 Offer was also ambiguous in that it noted Defendant's opposition to an award of attorney's fees but otherwise made no mention of whether attorneys' fees were

contemplated in the "Offer." The letter accompanying the "Offer" represented that Defendant had realized only $97.86 in total revenue from sales of infringing product.

17. On May 26, 2022, I filed my motion to substitute as counsel for Plaintiff.

18. On June 6, 2022, after hours of preparation, I sent a letter to Mr. Fatabhoy proposing a counteroffer to Defendant's Rule 68 "Offer" and including a substantive explanation of Plaintiff's position regarding attorneys' fees as well as a comprehensive outline of the facts supporting that position. Plaintiff's counteroffer reflected an increase only for the recoupment of Plaintiff's attorneys' fees.

19. Part of this letter was a third notice of copyright infringement of the "OMG Snek!" and "Street Cats" artwork by Defendant and a demand that the product be removed and that sales information be provided.

20. Finally, on June 10, 2022, the infringing product links were deactivated.

21. On the same date, Mr. Fatabhoy rejected Plaintiff's proposed settlement offer, stating "my client is willing to pay 10x that amount in attorney fees to send a message to the copyright community to deter other copyright trolls from disrupting his business," and '"frankly, a *de minimis* Rule 68 Judgment appearing on the docket is the only way my client will settle this case, so that any future copyright shakedowns by others will be deterred by his obvious willingness to fight and refusal to settle for an amount that makes any lawsuit worthwhile." Mr. Fatabhoy's email continued, "although the Rule 68 Offer has expired (so we are under no obligation to honor it), my client will leave it open for an additional week (expiring June 15, 2022)."

22. Defendant's counsel simultaneously reported that TSP had made "absolutely no sales" of the subject infringing product.

23. I hinted to Mr. Fatabhoy that there were, in fact, sales of the infringing product by asking Mr. Fatabhoy to confirm that there were indeed no sales.

24. Once Defendant realized that it had been caught red-handed lying about product sales, Mr. Fatabhoy tried to walk back his position, stating, "[a] cursory check of [Defendant's] systems showed no sales, but I have asked him to be thorough given your request for confirmation of this fact…" and when pressed for sales numbers, Mr. Fatabhoy asserted that his client "spends his days running a small business and cannot simply jump when you say so."

25. Defendant's counsel then warned me that any sales of which Plaintiff was aware must be disclosed in Plaintiff's initial disclosures.

26. On June 14, 2022, I responded to Defendant's email and explained the procedural deficiencies with Defendant's May 25, 2022 "Rule 68 Offer" attempt and June 14, 2022 proposed extension. In response, Defendant fixed its procedural errors.

27. On June 22, 2022, Plaintiff accepted the new offer, all the while hoping to resolve the attorneys' fee dispute without motion practice.

28. After Defendant's Rule 68 offer of judgment was accepted, I pressed TSP's counsel several times to see if settlement on the issue of attorneys' fees could be reached so as to avoid protracted motion practice on the issue. Defendant flatly and adamantly refused several times to engage in settlement negotiations on the issues of attorneys' fees. Defendant's "Frankly, a *de minimis* Rule 68 Judgment appearing on the docket is the only way my client will settle this case, so that any future copyright shakedowns by others will be deterred by his obvious willingness to fight and refusal to settle for an amount that makes any lawsuit worthwhile

29. In my role as Plaintiff's attorney, I communicated regularly with Defendant's counsel and Edmund Aronowitz, conferred with counsel on a joint discovery plan, prepared initial disclosures,

reviewed and revised a lengthy proposed protective order, reviewed and prepared responses to Defendant's discovery requests, and prepared discovery requests to Defendant.

30. During this litigation, I performed legal research to determine applicable Sixth Circuit treatment of Section 505 attorneys' fees awards and prepared a comprehensive five-page letter to Defendant regarding the same.

31. I outlined Plaintiff's position vis-à-vis settlement several times for Defendant's counsel, performed legal research, counseled Ms. White on applicable legal issues (such as the force of Rule 68 offers, potential damages, risks, and awards of attorneys' fees) and prepared Plaintiff's acceptance of the Rule 68 offer.

32. I have spent a significant number of hours preparing this detailed motion, memorandum and accompanying three attorney declarations, and as a result of this expenditure of time, I have needed to put aside paying clients' work to present Plaintiff's position to this Court.

33. An award by this Court of all of Plaintiff's requested attorneys' fees will result in a rate of roughly $110/hour for my services rendered in connection with this matter.

34. My detailed time for services rendered in connection with this matter are attached as **Appendix E.**

35. I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746(2), the foregoing statements are true and correct.

Dated: August 4, 2022

*s/ Emily A. Danchuk*

Emily A. Danchuk, Esq.
2 Victoria Lane
Falmouth, ME 04105
T: (207) 747-4135
E: emily@emilyesquire.com

**APPENDIX E**

# Detailed time report

Danchuk Law, LLC

| | | | |
|---|---|---|---|
| Timeframe | **All time** | 1 Client | **Hillary White** |
| Total | **81.38 Hours**<br>**81.38 Uninvoiced billable hours** | 1 Project | **Tee Shirt Palace** |
| | | 1 Task | **EAD New Litigation Rate** |
| | | Team | **Everyone** |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| 05/23/2022 | | | | | 1.38 |
| Hillary White | [Contingency] Tee Shirt Palace | EAD New Litigation Rate | N/A | Emily Danchuk | 1.38 |
| | Prepare pro hac vice admission papers; email correspondence with opposing counsel | | | | |
| 05/24/2022 | | | | | 1.10 |
| Hillary White | [Contingency] Tee Shirt Palace | EAD New Litigation Rate | N/A | Emily Danchuk | 1.10 |
| | Telephone call with Hillary to review matter; telephone call with Ed Aronowitz re: case and appearance; Receipt/review of email from opposing counsel; email to opposing counsel re: Joint Discovery Plan | | | | |
| 05/25/2022 | | | | | 3.52 |
| Hillary White | [Contingency] Tee Shirt Palace | EAD New Litigation Rate | N/A | Emily Danchuk | 3.52 |
| | Prepare Motion to Substitute Counsel; Review draft Joint Discovery Plan | | | | |
| 05/26/2022 | | | | | 4.70 |
| Hillary White | [Contingency] Tee Shirt Palace | EAD New Litigation Rate | N/A | Emily Danchuk | 4.70 |
| | Review proposed Joint Discovery Plan/ESP Protocol/Protective Order; Review Rule 68 offer letter from Defendants; Telephone call with opposing counsel re: same; Review Judge Levy's sample protective order; Email to opposing counsel re: same; Finalize and file Motion for Substitution of Counsel; Review file and online search re: settlement; Telephone call with client re: settlement offer | | | | |
| 05/31/2022 | | | | | 1.10 |
| Hillary White | [Contingency] Tee Shirt Palace | EAD New Litigation Rate | N/A | Emily Danchuk | 1.10 |
| | Review draft Protective Order; email same to opposing counsel | | | | |
| 06/02/2022 | | | | | 3.78 |
| | | | | **Total** | **81.38** |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| Hillary White | [Contingency] Tee Shirt Palace | EAD New Litigation Rate | N/A | Emily Danchuk | 3.78 |
| | Prepare letter to opposing counsel re: Rule 68 offer, settlement position and counter-offer, and deposition schedule | | | | |
| 06/03/2022 | | | | | 1.00 |
| Hillary White | [Contingency] Tee Shirt Palace | EAD New Litigation Rate | N/A | Emily Danchuk | 1.00 |
| | Prepare letter to opposing counsel re: Rule 68 offer, settlement and deposition | | | | |
| 06/05/2022 | | | | | 0.77 |
| Hillary White | [Contingency] Tee Shirt Palace | EAD New Litigation Rate | N/A | Emily Danchuk | 0.77 |
| | Finalize TSP Rule 68/Settlement/Misc. letter to opposing counsel | | | | |
| 06/10/2022 | | | | | 0.20 |
| Hillary White | [Contingency] Tee Shirt Palace | EAD New Litigation Rate | N/A | Emily Danchuk | 0.20 |
| | Receipt/review of email from Yafeez re: settlement offer; email Yafeez re: confirmation of no sales; email to Ed Aronowitz re: | | | | |
| 06/13/2022 | | | | | 6.52 |
| Hillary White | [Contingency] Tee Shirt Palace | EAD New Litigation Rate | N/A | Emily Danchuk | 6.52 |
| | Prepare Initial Disclosures; Prepare responses to Defendant's discovery requests; Telephone call with Ed Aronowitz; Review of Rule 68 Offer and accompanying letter | | | | |
| 06/14/2022 | | | | | 1.97 |
| Hillary White | [Contingency] Tee Shirt Palace | EAD New Litigation Rate | N/A | Emily Danchuk | 1.97 |
| | Rule 68 offer research vis-a-vis 6th Circuit/EDMI; Prepare email to opposing counsel re: Rule 68 offer and service | | | | |
| 06/15/2022 | | | | | 2.49 |
| Hillary White | [Contingency] Tee Shirt Palace | EAD New Litigation Rate | N/A | Emily Danchuk | 2.49 |
| | Receipt/review of email from Yafeez re: Rule 68 offer, depositions, and initial disclosures; Review Rule 68 offer; Prepare Notice of Acceptance of Rule 68 offer | | | | |
| 06/16/2022 | | | | | 0.80 |
| | | | | **Total** | **81.38** |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| Hillary White | [Contingency] Tee Shirt Palace | EAD New Litigation Rate | N/A | Emily Danchuk | 0.80 |
| | Receipt/review of email from Ed Aronowitz re: Rule 68 offer strategy; email Ed re: same | | | | |
| 06/18/2022 | | | | | 0.20 |
| Hillary White | [Contingency] Tee Shirt Palace | EAD New Litigation Rate | N/A | Emily Danchuk | 0.20 |
| | Receipt/review of Acceptance of Rule 68 offer; Prepare and send Acceptance of offer | | | | |
| 06/21/2022 | | | | | 0.82 |
| Hillary White | [Contingency] Tee Shirt Palace | EAD New Litigation Rate | N/A | Emily Danchuk | 0.82 |
| | Telephone call with Ed Aronowitz; telephone call with Ed and Hillary re: motion and Rule 68 offer acceptance; Emails with Ed re: strategy on attorneys' fees; File Acceptance of Rule 68 Offer | | | | |
| 06/23/2022 | | | | | 0.13 |
| Hillary White | [Contingency] Tee Shirt Palace | EAD New Litigation Rate | N/A | Emily Danchuk | 0.13 |
| | Telephone call with Ed Aronowitz re: Judge's letter; Prepare email to court re: judgment | | | | |
| 06/29/2022 | | | | | 0.61 |
| Hillary White | [Contingency] Tee Shirt Palace | EAD New Litigation Rate | N/A | Emily Danchuk | 0.61 |
| | Review proposed Entry of Judgment; Revise proposed judgment and email Ed Aronowitz re: revisions/thoughts | | | | |
| 07/05/2022 | | | | | 0.25 |
| Hillary White | [Contingency] Tee Shirt Palace | EAD New Litigation Rate | N/A | Emily Danchuk | 0.25 |
| | Revise Judgment Order from Mark Jotanovic | | | | |
| 07/19/2022 | | | | | 1.74 |
| Hillary White | [Contingency] Tee Shirt Palace | EAD New Litigation Rate | N/A | Emily Danchuk | 1.74 |
| | Legal research re: general substance, format and leading case law for motion for attorney's fees | | | | |
| 07/20/2022 | | | | | 2.76 |
| Hillary White | [Contingency] Tee Shirt Palace | EAD New Litigation Rate | N/A | Emily Danchuk | 2.76 |
| | | | | **Total** | **81.38** |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| | Legal research for motion for attorneys' fees (requirements under federal rules, local rules and copyright act) | | | | |
| 07/21/2022 | | | | | 3.93 |
| Hillary White | [Contingency] Tee Shirt Palace | EAD New Litigation Rate | N/A | Emily Danchuk | 3.93 |
| | Legal research re: copyright attorneys fees in 6th Circuit | | | | |
| 07/22/2022 | | | | | 1.22 |
| Hillary White | [Contingency] Tee Shirt Palace | EAD New Litigation Rate | N/A | Emily Danchuk | 1.22 |
| | Prepare Motion for Attorneys' Fees | | | | |
| 07/24/2022 | | | | | 5.75 |
| Hillary White | [Contingency] Tee Shirt Palace | EAD New Litigation Rate | N/A | Emily Danchuk | 5.75 |
| | Prepare Motion for Attorneys' Fees | | | | |
| 07/26/2022 | | | | | 0.50 |
| Hillary White | [Contingency] Tee Shirt Palace | EAD New Litigation Rate | N/A | Emily Danchuk | 0.50 |
| | Prepare Motion for Attorneys' Fees | | | | |
| 07/27/2022 | | | | | 3.00 |
| Hillary White | [Contingency] Tee Shirt Palace | EAD New Litigation Rate | N/A | Emily Danchuk | 3.00 |
| | Prepare Motion for Attorneys' Fees | | | | |
| 07/28/2022 | | | | | 1.74 |
| Hillary White | [Contingency] Tee Shirt Palace | EAD New Litigation Rate | N/A | Emily Danchuk | 1.74 |
| | Prepare Motion for Attorneys' Fees | | | | |
| 07/29/2022 | | | | | 1.65 |
| Hillary White | [Contingency] Tee Shirt Palace | EAD New Litigation Rate | N/A | Emily Danchuk | 1.65 |
| | Prepare Motion for Attorneys' Fees | | | | |
| | | | | **Total** | **81.38** |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| 07/30/2022 | | | | | 1.63 |
| Hillary White | [Contingency] Tee Shirt Palace | EAD New Litigation Rate | N/A | Emily Danchuk | 1.63 |
| | Prepare Motion for Attorneys' Fees | | | | |
| 07/31/2022 | | | | | 1.31 |
| Hillary White | [Contingency] Tee Shirt Palace | EAD New Litigation Rate | N/A | Emily Danchuk | 1.31 |
| | Prepare Motion for Attorneys' Fees and legal research re: determining reasonableness of attorneys' fees | | | | |
| 08/01/2022 | | | | | 6.57 |
| Hillary White | [Contingency] Tee Shirt Palace | EAD New Litigation Rate | N/A | Emily Danchuk | 6.57 |
| | Legal research re Johnson factors and analysis of 'reasonable fee award' requirements in 6th circuit; Prepare Motion for Attorneys' Fees | | | | |
| 08/02/2022 | | | | | 7.60 |
| Hillary White | [Contingency] Tee Shirt Palace | EAD New Litigation Rate | N/A | Emily Danchuk | 7.60 |
| | Prepare Motion for Attorneys' Fees; Legal research re: 12 Johnson factors | | | | |
| 08/03/2022 | | | | | 6.50 |
| Hillary White | [Contingency] Tee Shirt Palace | EAD New Litigation Rate | N/A | Emily Danchuk | 6.50 |
| | Prepare Motion for Attorneys' Fees - Reasonableness of requested fees; Prepare Dmitry Lapin, Emily Danchuk and Ed Aronowitz affidavits | | | | |
| 08/04/2022 | | | | | 4.14 |
| Hillary White | [Contingency] Tee Shirt Palace | EAD New Litigation Rate | N/A | Emily Danchuk | 4.14 |
| | Prepare Emily Danchuk declaration; Finalize motion for attorneys' fees; File and serve same | | | | |
| | | | | **Total** | **81.38** |

# Expense report

Danchuk Law, LLC

| | | | |
|---|---|---|---|
| Timeframe | **All time** | 1 Client | **Hillary White** |
| Total | **$1,339.65** | 1 Project | **Tee Shirt Palace** |
| | | Categories | **All categories** |
| | | Team | **Everyone** |

| Date | Project | Category | Roles | Person | Amount |
|---|---|---|---|---|---|
| Hillary White | | | | | $1,339.65 |
| 01/25/2022 | Tee Shirt Palace [Contingency] | Other | Associate | Dmitry Lapin | $20.00 |
| | Filing fee for Certificate of Good standing from EDNY to be used in connection with Tee Shirt Palace court admission | | | | |
| 02/02/2022 | Tee Shirt Palace [Contingency] | Other | N/A | Emily Danchuk | $307.00 |
| | EDMI Pro Hac Vice Admission for Dmitry Lapin for White v. TeeShirt Palace | | | | |
| 02/02/2022 | Tee Shirt Palace [Contingency] | Other | N/A | Emily Danchuk | $402.00 |
| | EDMI Complaint Filing Fee for White v. TeeShirt Palace | | | | |
| 02/09/2022 | Tee Shirt Palace [Contingency] | Other | Associate | Dmitry Lapin | $7.00 |
| | Record Search Fees for principals of Tee Shirt Palace | | | | |
| 02/10/2022 | Tee Shirt Palace [Contingency] | Other | Associate | Dmitry Lapin | $135.00 |
| | Process Server Fee for Tee Shirt Palace principal place of business | | | | |
| 02/10/2022 | Tee Shirt Palace [Contingency] | Other | Associate | Dmitry Lapin | $135.00 |
| | Process Server Fee for Tee Shirt Palace registered agent | | | | |
| 02/28/2022 | Tee Shirt Palace [Contingency] | Other | Associate | Dmitry Lapin | $17.70 |
| | Postage fee for mailing Request for Waiver of Service (with adult signature required) to Tee Shirt Palace | | | | |
| 05/24/2022 | Tee Shirt Palace [Contingency] | Other | N/A | Emily Danchuk | $307.00 |
| | | | | **Total** | **$1,339.65** |

| Date | Project | Category | Roles | Person | Amount |
|---|---|---|---|---|---|
| | US District Court Admission Fee for Emily Danchuk to the Eastern District of Michigan | | | | |
| 06/18/2022 | Tee Shirt Palace [Contingency] | Other | N/A | Emily Danchuk | $8.95 |
| | US Priority Mail postage for mailing Acceptance of Rule 68 offer | | | | |
| | | | | **Total** | **$1,339.65** |

**01/25/2022** **$20.00**

| | |
|---|---|
| Client | **Hillary White** |
| Project | **Tee Shirt Palace [Contingency]** |
| Category | **Other** |
| Person | **Dmitry Lapin** |

Filing fee for Certificate of Good standing from EDNY to be used in connection with Tee Shirt Palace court admission

**02/02/2022** **$307.00**

| | |
|---|---|
| Client | **Hillary White** |
| Project | **Tee Shirt Palace [Contingency]** |
| Category | **Other** |
| Person | **Emily Danchuk** |

EDMI Pro Hac Vice Admission for Dmitry Lapin for White v. TeeShirt Palace

**02/02/2022** **$402.00**

| | |
|---|---|
| Client | **Hillary White** |
| Project | **Tee Shirt Palace [Contingency]** |
| Category | **Other** |
| Person | **Emily Danchuk** |

EDMI Complaint Filing Fee for White v. TeeShirt Palace

**02/09/2022** **$7.00**

| | |
|---|---|
| Client | **Hillary White** |
| Project | **Tee Shirt Palace [Contingency]** |
| Category | **Other** |
| Person | **Dmitry Lapin** |

Record Search Fees for principals of Tee Shirt Palace

| **02/10/2022** | **$135.00** |
| --- | --- |
| Client | **Hillary White** |
| Project | **Tee Shirt Palace [Contingency]** |
| Category | **Other** |
| Person | **Dmitry Lapin** |

Process Server Fee for Tee Shirt Palace principal place of business

| **02/10/2022** | **$135.00** |
| --- | --- |
| Client | **Hillary White** |
| Project | **Tee Shirt Palace [Contingency]** |
| Category | **Other** |
| Person | **Dmitry Lapin** |

Process Server Fee for Tee Shirt Palace registered agent

| **02/28/2022** | **$17.70** |
| --- | --- |
| Client | **Hillary White** |
| Project | **Tee Shirt Palace [Contingency]** |
| Category | **Other** |
| Person | **Dmitry Lapin** |

Postage fee for mailing Request for Waiver of Service (with adult signature required) to Tee Shirt Palace

| **05/24/2022** | **$307.00** |
| --- | --- |
| Client | **Hillary White** |
| Project | **Tee Shirt Palace [Contingency]** |
| Category | **Other** |
| Person | **Emily Danchuk** |

US District Court Admission Fee for Emily Danchuk to the Eastern District of Michigan

**06/18/2022** **$8.95**

| | |
|---|---|
| Client | **Hillary White** |
| Project | **Tee Shirt Palace [Contingency]** |
| Category | **Other** |
| Person | **Emily Danchuk** |

US Priority Mail postage for mailing Acceptance of Rule 68 offer