# Exhibit A

**Kory M. Steen**

| | |
|---|---|
| **From:** | Emily Danchuk <emily@emilyesquire.com> |
| **Sent:** | Tuesday, September 6, 2022 1:22 PM |
| **To:** | Mark Jotanovic |
| **Cc:** | Hillary white; Edmund Aronowitz; Kory M. Steen; Yafeez S. Fatabhoy |
| **Subject:** | Re: EXTERNAL: Notice of Copyright Infringement - 2 Artworks |
| **Attachments:** | Dont Mess With Nature C Reg Info.pdf |

Mark,

Thank you for the acknowledgement and takedown of the infringing works from Tee Shirt Palace's website.

Ms. White continues to comply with the Digital Millennium Copyright Act and enforce her rights against infringers under the DMCA. We recognize your invitation to provide Tee Shirt Palace with Ms. White's works for its protection software program, but we are not aware of any requirement under the DMCA or other federal law that Ms. White send Tee Shirt Palace a full portfolio of her artwork to "mitigate any chance of a third party uploading such artwork" onto Tee Shirt Palace's website. Accordingly, on behalf of Ms. White, we reject Tee Shirt Palace's attempt to impose such a duty on Ms. White.

I provide you with a printout from the U.S. Copyright Office's database for Registration No. VA 2-253-888 for the "Don't Mess With Nature" artwork.
We look forward to Tee Shirt Palace's prompt compliance with future DMCA takedown notices and reserve all rights.

Sincerely,
Emily Danchuk

Emily A. Danchuk, Esq.

DANCHUK LAW, LLC

ME Office: 2 Victoria Lane
Falmouth, ME 04105

NY Office: 244 Fifth Avenue, Suite E121
New York, NY 10001

direct: 207.747.4135
m: 917.400.1663
e: emily@emilyesquire.com
w: www.emilyesquire.com

Admitted in New York, Pennsylvania & Maine.

This e-mail may contain confidential information. If you are not the intended recipient please advise me immediately and delete this correspondence. Any review, copying, or distribution of this email and/or attachments thereto is strictly prohibited.

On Wed, Aug 31, 2022 at 3:22 PM Mark Jotanovic <MJotanovic@dickinson-wright.com> wrote:

Hilary –

I confirm receipt of this takedown notice and I am including your counsel and our counsel of record on this communication.

We have already removed the links you provided from our website. Additionally, we are launching an investigation into who is uploading material you claim to be yours. We will work to identify IP addresses and other identifying information. As I am sure you are aware, teeshirtpalace.com is a marketplace for artists and others to create custom apparel. In other words, a third party must have uploaded your artwork to our site.

Additionally, would you please provide the copyright registration number for the below works? We tried to look up the VA 2-253-888 work and were unable to locate.

Last, is it possible that you send us all of your copyrighted material and we can actively police our website for third parties that are utilizing your marks? We have technology implemented that can monitor certain artwork or trademarks, and if you provide them to us, it will mitigate any chance of a third party uploading such artwork. I suspect that third parties are simply downloading material from deviantart.com and just uploading to our site.

Thank you.

*For docketing purposes of patent & trademark matters only*, please add the appropriate email of dwpatents@dickinson-wright.com or dwtrademarks@dickinson-wright.com to any emails being sent to our office. Thank you.

**Mark Jotanovic** Member

2600 W. Big Beaver Rd.
Suite 300
Troy MI 48084
Profile V-Card

Phone 248-631-2050
Fax 844-670-6009
Email MJotanovic@dickinsonwright.com

DICKINSON WRIGHT PLLC
ARIZONA CALIFORNIA FLORIDA ILLINOIS KENTUCKY MICHIGAN NEVADA
OHIO TENNESSEE TEXAS WASHINGTON D.C. TORONTO

---

**From:** Hillary white <wytrab8@yahoo.com>
**Sent:** Wednesday, August 31, 2022 12:05 PM
**To:** Mark Jotanovic <MJotanovic@dickinson-wright.com>
**Subject:** EXTERNAL: Notice of Copyright Infringement - 2 Artworks

8/31/2022

Hillary White Rabbit LLC

23 Claires Way

Belfast, ME 04915

USA

wytrab8@yahoo.com

207-322-6300

mjotanovic@dickinson-wright.com

Notice of Copyright Infringement

Dear Copyright Agent,

I am an artist/T-shirt designer. It has recently come to my attention that clothing/product sold on your website (TeeShirtPalace.com) infringes on my copyrighted works. Specifically, **2** of my artworks were copied onto your servers without my authorization or permission.

Authorized examples of the original artworks can be found at:

Masked Eagle - Pub. date May 16, 2017

https://www.deviantart.com/hillarywhiterabbit/art/Masked-Eagle-680974780

Don’t Mess With Nature - USCO Reg. No. VA 2-253-888

https://www.deviantart.com/hillarywhiterabbit/art/Don-t-Mess-With-Nature-879541346

## The unauthorized and infringing copies can be found at:

**Masked Eagle**

**https://www.teeshirtpalace.com/products/fbs6314013-fjb-bare-shelves-bareshelves-anti-liberal-president-shirts-trump-support-t-shirt**

**Don’t Mess With Nature**

**https://www.teeshirtpalace.com/products/dmw0752329-dont-mess-with-nature-wildlife-retro-ladies-tri-blend-performance-cinch-t-shirt**

This letter is an official notification under Section 512(c) of the Digital Millennium Copyright Act (”DMCA”). I request the removal of the aforementioned infringing material from your servers and website.

I have a good faith belief that the use of my material as described herein is not authorized by me, my agent, or the law, and that the statements in this notification are accurate. The statements herein are made under the penalty of perjury.

Sincerely,
Hillary White

Creator & Owner

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.